UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-mj-8273-WM

UNITED STATES OF AMERICA

v.

YENIRE KAROLINA PACHECO LEITON and
ENYERBERT ALBERTO BLANCO BLANCO,

      **Defendants.**
_____/

FILED BY ____SW____ D.C.
May 19, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:  _____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| YENIRE KAROLINA PACHECO LEITON and ENYERBERT ALBERTO BLANCO BLANCO, | ) ) ) ) ) | Case No.  25-mj-8273-WM |
| *Defendant(s)* | | |

FILED BY **SW** D.C.

**May 19, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 17 to October 18, 2024  in the county of  Palm Beach  in the  Southern  District of  Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1594(c) | Conspiracy to commit sex trafficking of a minor |
| 18 U.S.C. 1591(a)(1), (b)(2), (c) | Sex trafficking of a minor |

This criminal complaint is based on these facts:

Please see the attached affidavit of Special Agent Stevany Shakare, Homeland Security Investigations ("HSI"), incorporated herein by reference.

☑ Continued on the attached sheet.

Sworn and attested to me by applicant by telephone (FaceTime) per the requirements of Fed. R. Crim. P. 4(d) and 4.1

STEVANY A SHAKARE
Digitally signed by STEVANY A SHAKARE
Date: 2025.05.19 11:11:17 -04'00'

*Complainant's signature*

Special Agent Stevany Shakare, HSI
*Printed name and title*

Date: 05/19/2025

*Judge's signature* (William Matthewman)

City and state:  West Palm Beach, Florida

Hon. William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stevany Shakare (the "Affiant"), first being duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent at the Department of Homeland Security, Homeland Security Investigations ("HSI"), where I have been employed since June of 2022. Prior to joining HSI, I served as a federal agent with the United States Border Patrol for approximately five years. I am currently assigned to the Assistant Special Agent in Charge (ASAC) Office in West Palm Beach, Florida, within the Special Victims Group. I currently investigate human trafficking and human smuggling cases and am assigned to the Palm Beach County Human Trafficking Task Force. The Palm Beach County Human Trafficking Task Force has investigative responsibility for human trafficking crimes committed within the Southern District of Florida. I attended and received training from the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, regarding the proper investigative techniques relating to violations of federal laws, including the application and execution of search, arrest, and seizure warrants.  I am a law enforcement officer of the United States as that term is defined in Title 18, United States Code 2510(7), and am authorized by law to conduct investigations of, and make arrests for offenses enumerated in Title 18. In my current assignment, I investigate, among other violations of federal law, cases involving labor trafficking and sex trafficking as well as the sexual exploitation of minors as related to these investigations. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants.

2. The facts set forth in this affidavit are based on my personal knowledge, information obtained in this investigation from others, including other law enforcement officers,

my review of documents and computer records related to this investigation, and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation, but have set forth only those facts necessary to establish probable cause that from approximately October 17, 2024 through October 18, 2024, within Palm Beach County, in the Southern District of Florida, Yenire Karolina PACHECO LEITON and Enyerbert Alberto BLANCO BLANCO conspired to commit sex trafficking of a minor, in violation of 18 U.S.C. § 1594(c), and did commit sex trafficking of a minor, in violation of 18 U.S.C. § 159l(a)(l), (b)(2) and (c).

## FACTUAL BACKGROUND:

3. On October 17, 2024, at approximately 2 P.M., HSI Miami contacted HSI West Palm Beach regarding a missing 15-year-old juvenile from the state of New York who had commercial sex advertisements posted on the internet, advertising her in the West Palm Beach area. A report from the National Center for Missing & Exploited Children (NCMEC) noted the juvenile was upgraded to missing and endangered due to sexually explicit advertisements being located online within the South Florida area. The Minor Victim was later identified and is referred to herein as the Minor Victim (year of birth 2009). Tattoos depicted in the advertisements helped investigators identify the Minor Victim, as her face appeared to be purposely concealed by way of a devil emoji.[1] The minor was reported missing from New York State on or about September 12, 2024. Based on the information provided by HSI Miami, the Palm Beach County Sheriff's Office (PBSO) Human Trafficking Unit along with HSI West Palm Beach began coordinating a victim rescue.

---

[1] NCMEC descriptions and photographs of the missing victim, to include tattoos, matched the individual in the sex advertisements.

4. Investigators discovered sexually explicit advertisements online, known to facilitate the human trafficking of sex workers/victims, which depicted the Minor Victim. Approximately fourteen advertisements were located between the periods of October 16, 2024, through October 18, 2024, depicting the Minor Victim. A phone number, (708-927-3318),[2] was referenced in the commercial sex advertisements, along with the caption "Hot, Sexy, Delicious, here is what you are looking for" (Spanish). The advertisements depicted photographs of the Minor Victim in various sexually suggestive positions while dressed in lingerie. In addition to advertisements showing her location within Palm Beach County, Florida, numerous additional advertisements showed her location in Miami, Florida and the Bronx, New York areas, depicting the Minor Victim providing a clear view of her face.

5. On or about October 17, 2024, an Undercover (UC) Detective posing as a "John"[3] attempted to schedule a "date"[4] with the Minor Victim in an attempt to conduct a victim rescue. The UC contacted the phone number listed in the advertisement (708-927-3318) (hereinafter the Target Phone) in an attempt to set up the "date." The UC was directed by the individual using the Target Phone to a Studio 6 Motel, located at 1535 Centrepark Drive North, West Palm Beach, Florida. The Studio 6 Motel serves interstate travelers.

6. Investigators entered the area in an undercover capacity and the UC continued to engage in electronic chats with the Target Phone. The individual ultimately directed the UC to room number 351 and sent a sex pricing list for a "Quick Visit" (15 minutes) for $120, 30 minutes

---

[2] Subpoena returns from Verizon revealed phone number (708)-927-3318 is registered to PACHECO LEITON.
[3] In the commercial sex trade, a "John" is defined as a male willing to pay for sex.
[4] In the commercial sex trade, a "date" is defined as a meet between a "John" and a sex worker, in which a prearranged commodity is agreed upon in exchange for sex.

3

for $180, and an hour for $259.[5] The UC asked the individual if he had to provide his own condoms, and the individual advised "no."

7.  The UC advised the individual he was pulling into the parking lot, at which time the individual changed the room number to 218.[6] While waiting in the Studio 6 parking lot, the UC was waved over by a dark Hispanic female wearing lingerie. The female was standing within the doorway of room 303. She invited the UC inside the room and motioned him towards the bed. Because the female did not match the description of the Minor Victim, the UC advised he was not interested in a "date" but continued to engage in casual conversation and commented that she was not the "little young one" from the advertisement posted. The female replied, "She's probably busy, your loss" in Spanish. Room 351, where the UC was initially directed, is directly above room number 303, offset to the left. The UC left the room and remained in the immediate area for approximately ten minutes, without seeing the Minor Victim. Because the Minor Victim was not located and there appeared to be two possible "lookouts"[7] in the area, the operation was terminated.

8.  On or about October 18, 2024, at approximately 1:30 P.M., a PBSO detective returned to the Studio 6 Motel and spoke with the motel front desk attendant. The hotel attendant provided the detective consent to review the Motel's CCTV footage. On the security footage, the detective observed the Minor Victim in the motel's lobby in the morning hours of October 18, 2024. As observed in the CCTV footage, the Minor Victim ultimately met with an individual, later identified as Yenire Karolina PACHECO LEITON, and the two were speaking. After exiting the lobby of the Studio 6, the Minor Victim walked over to and entered a white Ford Explorer bearing

---

[5] $259 was possibly a typo by the suspect for the correct amount of $250.
[6] This is a common tactic utilized by suspected traffickers to deter and overcome law enforcement surveillance operations.
[7] A "lookout" is a suspect who works in tandem with other subjects to safeguard the criminal acts from being detected by law enforcement.

a Florida temporary tag, which was not readable via CCTV. The Minor Victim was seated behind the driver, PACHECO LEITON. The front passenger was an individual later identified as Enyerbert Alberto BLANCO BLANCO. BLANCO BLANCO was observed speaking with one of the suspected lookouts from the prior night's UC operation. The vehicle was observed exiting the Studio 6 parking lot at approximately 11:50 A.M.

9. A review of the CCTV footage from earlier in the day, on October 18, 2024, showed the Minor Victim exiting room number 351 with luggage. The Minor Victim went down the stairs and placed her luggage in the rear compartment (hatch) of the white Ford Explorer. The Ford Explorer had pulled up and parked near the staircase and appeared to have been waiting for the Minor Victim.

10. Investigators were able to confirm that sexually explicit advertisements depicting the Minor Victim were still being posted online. A second attempt was made by a second UC to set up a "date" with the Minor Victim. This resulted in the second UC being directed to a different location, Motel 6, located at 3651 Blue Heron Blvd., Riviera Beach, Florida. Motel 6 also serves interstate travelers.

11. A white Ford Explorer bearing a Florida temporary tag (KJH7856) was parked in front of room number 129. A records check confirmed the tag was not assigned to a vehicle. In my training and experience, the act of placing an unregistered tag on a vehicle is a deliberate act to facilitate evading police from traffic violations and investigative stops. The second UC was directed to room number 132, two doors down from where the suspect vehicle was parked.

12. A PBSO detective entered the lobby of the motel and requested a key to room 132. The motel attendant was advised why law enforcement was in the area and the purpose for the room key. The attendant advised he remembered seeing a young female check into the room and

to his knowledge, she was still in the room. The detective showed the attendant a picture of the Minor Victim, and the attendant positively identified the Minor Victim. Law enforcement then knocked on the door of room 132 with no answer. Due to concerns regarding the Minor Victim's safety, the detective attempted to use the room key to open the door, but the lock would not disengage. At the same time, the door was opened from the inside and the detective immediately identified the Minor Victim at the doorway.

13. As a protective sweep was conducted, detectives noted several condoms located inside the room and the two beds in disarray. Used condoms were observed in plain view inside a nearby trash bin, along with what appeared to be cleaning wipes.

14. Upon interviewing the Minor Victim, she stated she provided sexually explicit images of herself to an individual later identified as PACHECO LEITON. Ultimately the Minor Victim disclosed she was having sex with numerous men in exchange for money under the direction of PACHECO LEITON. The Minor Victim gave consent to enter room 132, and her property was recovered and inventoried. Law enforcement also recovered condoms, lingerie outfits, and U.S currency totaling over $1,000.00 in mixed denominations.

15. While speaking with the Minor Victim on the scene and escorting her to a nearby unmarked vehicle, her demeanor changed as she looked beyond the detective escorting her and stated, "Oh my God, it's him, he's one of them" in Spanish. The Minor Victim motioned with her head in the direction of a short male wearing a hooded style garment exiting a nearby room. An individual, later identified as BLANCO BLANCO, was observed exiting a nearby motel room, later identified as room number 129.  As BLANCO BLANCO exited the room and observed police activity in the area, he quickly put up his hooded jacket, concealing his face from view, and proceeded to pick up his walking pace southbound through the breezeway. Detectives gave verbal

commands for him to stop in both English and Spanish, but the commands went unheeded, and BLANCO BLANCO continued to flee the area on foot. Numerous officers and detectives chased after BLANCO BLANCO, who continued to disregard commands to stop. BLANCO BLANCO was ultimately apprehended. In a search incident to arrest, a silver Samsung cellular device was located in BLANCO BLANCO's possession.

16. Law enforcement observed a Hispanic female near the motel room BLANCO BLANCO exited. Law enforcement approached and interviewed the female, who was later identified as Yenire Karolina PACHECO LEITON, the sex worker depicted alongside the Minor Victim in the commercial sex advertisements. Law enforcement obtained consent to enter and search room number 129. PACHECO LEITON remained outside the room seated on the breezeway and at no time objected or withdrew her consent for law enforcement to search the room. Law enforcement discovered a ledger containing information commonly used to track number of "Johns" and payments and a large bag filled to the top with unused condoms. PACHECO LEITON gave consent to search both of her cellular devices, a black Samsung cellphone and a purple iPhone inside a purple case.

17. During an interview in Spanish, PACHECO LEITON advised that BLANCO BLANCO was her husband and father to her kids. The Minor Victim, PACHECO LEITON, and BLANCO BLANCO were then transported separately to the PBSO Headquarters to obtain sworn statements.

18. Upon arrival at PBSO Headquarters, law enforcement conducted a sworn, video-recorded statement with the Minor Victim. The Minor Victim consented to a search of her devices. A picture of PACHECO LEITON was shown to the Minor Victim, who she positively identified,

but referred to PACHECO LEITON by the name of "Melissa."[8] The Minor Victim advised that under the coordination and direction of PACHECO LEITON, she had participated in at least thirteen dates that led to sexual intercourse in exchange for money. All the Johns were over the age of 18 years. Some Johns sent photographs of themselves and appeared to be in their mid- to late 50s. The Minor Victim articulated specific commercial sex acts that were performed in exchange for money. The Minor Victim also referenced acronyms commonly used in the commercial sex industry, which were explained to her by PACHECO LEITON.

19. Electronic chats between the Minor Victim and PACHECO LEITON were located via the WhatsApp application under the group name "Studio 6," displaying pricing sent by PACHECO LEITON to the Minor Victim: $120 for a quick visit, $180 for 30 minutes, and $250 for a full hour.[9] Oral sex cost an additional $50.00. The Minor Victim admitted to both full vaginal/penal intercourse having occurred as well as having provided multiple Johns with oral sex. According to the Minor Victim, all males utilized a condom. Throughout the interview, the Minor Victim at times would cry and expressed feeling ashamed. The Minor Victim reported having to provide PACHECO LEITON with half of her earnings, in addition to half the hotel rate for the stay. The Minor Victim identified her own pictures located on the sex advertisements and stated those were the same photographs she had sent to PACHECO LEITON per her request in order to place on the commercial sex advertisements.

20. A review of the electronic chats revealed that the Minor Victim had participated in at least four commercial sex dates in the span of approximately two-and-a-half hours on October 18, 2024. The chats also corroborated the Minor Victim's statement that she was having sexual intercourse with men in exchange for money under the guidance of PACHECO LEITON. The

---

[8] "Melissa" is a known alias used by PACHECO LEITON.
[9] The listed prices are the same prices that were sent to the UC during both undercover operations.

Minor Victim advised half the money was directly provided to PACHECO LEITON in cash after each date and that PACHECO LEITON would coordinate and direct the commercial sex dates for the Minor Victim by utilizing their cellular devices to chat via WhatsApp. The photographs sent by the Minor Victim were located embedded within chats with PACHECO LEITON. The electronic chats between the Minor Victim and PACHECO LEITON were indicative of grooming and the commercial sex trafficking of the Minor Victim. Within the chats with PACHECO LEITON, the "Johns" were numbered along with the amount they paid for sexual services rendered. The Minor Victim reported making approximately $2,600.00 within a three-day victimization period. The Minor Victim stated she had around $1,300.00 prior to being rescued by law enforcement. The Minor Victim confirmed that PACHECO LEITON benefited financially from her while participating in commercial sex acts. The Minor Victim admitted to being in the white Ford Explorer with both PACHECO LEITON and BLANCO BLANCO when they departed the Studio 6 and then arrived together at the Motel 6.

21. State search warrants were obtained for all of PACHECO LEITON and BLANCO BLANCO's devices. One of PACHECO LEITON's devices, a purple Apple iPhone inside of a purple case, contained many of the photographs utilized to advertise the Minor Victim to "Johns." The photos were sent by the Minor Victim upon request from PACHECO LEITON who later uploaded the photographs onto websites known to facilitate the sex trafficking of victims.

22. Both PACHECO LEITON and BLANCO BLANCO's phone numbers have commercial sex advertisements posted, which depict various women in provocative photographs allegedly willing to perform sex acts in exchange for money. Numerous chats exploiting the Minor Victim to "Johns" were located on PACHECO LEITON's device. The chats included photographs of the Minor Victim, some of which exposed her face, while others concealed how young she

appeared by placing emojis over the facial area. Prices for sex were also found embedded within the text messages between PACHECO LEITON and the "Johns."

23. Although BLANCO BLANCO initially stated he did not know PACHECO LEITON or the Minor Victim, the investigation has revealed that to not be true. PACHECO LEITON and BLANCO BLANCO having at least one child together and regularly communicated on their cellular devices. For example, PACHECO LEITON had advised BLANCO BLANCO in a text message that she was bringing additional girls to work as sex workers during her recovery from an upcoming surgery.[10] BLANCO BLANCO was also instructed by PACHECO LEITON to take the Minor Victim food while she was waiting for "Johns" to arrive to the different motels.

24. On BLANCO BLANCO's device, numerous visits to the website "MegaPersonals"[11] were located during the victimization period of the Minor Victim. Eleven of the 18 times BLANCO BLANCO's device memorialized his visits to the MegaPersonals site were within the victimization period of the Minor Victim. Most of the Minor Victim's commercial sex advertisements recovered were from MegaPersonals. Two MegaPersonals user accounts for BLANCO BLANCO were also located on his device. One of the accounts was accessed using username "engelbertblanco170@gmail.com." A possible password, "Culon24," was located for the MegaPersonals account. "Culon" is BLANCO BLANCO's street name and a known Tren de Aragua (TDA) gang tag.

25. WhatsApp chats dated approximately from October 14, 2024, to October 18, 2024, between PACHECO LEITON and BLANCO BLANCO revealed BLANCO BLANCO actively

---

[10] The chat was recovered from PACHECO LEITON's device in its entirety but was not able to be recovered from BLANCO BLANCO's device. A review of BLANCO BLANCO's device revealed he elected to have his WhatsApp application delete at predetermined times.
[11] MegaPersonals is a well-known website utilized by traffickers/sex workers to post advertisements to facilitate the commercial sex trafficking of their victim(s).

10

participated in the sex trafficking of the Minor Victim. The following is a brief synopsis of the conversations and not exact quotes. The paraphrased conversation has been translated from Spanish into English.

> PACHECO LEITON advises BLANCO BLANCO about a MegaPersonals page being available for purchase for a cost of $600.00.
>
> BLANCO BLANCO: "That's cheap"
>
> PACHECO LEITON advised that the two didn't have enough money to purchase the priority placement of advertisements on the MegaPersonals site.
>
> BLANCO BLANCO: "Have them hold it"
>
> PACHECO LEITON: "It works because I am bringing in two women and you're helping me since I am getting operated on"
>
> PACHECO LEITON: "You and me in one room and the girls in another room working for us" (Spanish).
>
> BLANCO BLANCO: "For sure, of course".
>
> BLANCO BLANCO: "I want to learn how to post."[12]
>
> PACHECO LEITON: "I will teach you, it's easy"
>
> BLANCO BLANCO: "yes, that is what I want"
>
> PACHECO LEITON: "Getting keys out for this girl", "this one took care of one of my clients", and "I am going to work with her all night".
>
> PACHECO LEITON: "The page is active"[13].

---

[12] Posting is a common term used to refer to commercial sex advertisements uploaded onto the internet to attract patrons/clients/Johns willing to engage in sexual activities with sex workers in exchange for money.
[13] Page is a possible reference to the MegaPersonals advertisements being active on the site.

The text thread continues with BLANCO BLANCO warning PACHECO LEITON that four police vehicles were at their location.

> PACHECO LEITON acknowledges the warning and says, "Be careful".
>
> BLANCO BLANCO: "Are you inside the room"
>
> PACHECO LEITON: "yes"

Chats between PACHECO LEITON and BLANCO BLANCO continued to detail the plan to sex traffic the Minor Victim. BLANCO BLANCO said that because PACHECO LEITON was getting operated on soon, they would need to find a way to make money.

> PACHECO LEITON: "Yes but tomorrow I am bringing that little girl so I will take my photo down and give her the keys."
>
> PACHECO LEITON: "I do not want to keep on working as a sex worker", "today the Chamita[14] arrives", and "so today I am not working, and I am putting her to work."
>
> BLANCO BLANCO: "So tell me, you are putting her to work in the same room with the other crazy one?"
>
> PACHECO LEITON: "Yes obviously I will just change the advertisement and that's it" and "After a few services we will get her a room because the next few days we will be busy, but I won't pay her any percentage".
>
> BLANCO BLANCO: "She doesn't need to know all that" and "Let's work with the women."
>
> PACHECO LEITON goes on to explain as soon as she's recovers from her surgery, she will be bringing more women.

---

[14] In the Venezuelan dialect, "chamita" means "little girl".

12

> BLANCO BLANCO: "Of course that's how it should be".
>
> PACHECO LEITON and BLANCO BLANCO go onto to chat about the how the "Menor" (Underage Female/Male) is scared. PACHECO LEITON then stated she told the "Menor" that if she wanted to, she would send BLANCO BLANCO to rob her of all her money.  Blanco replies with "You talk too much."

The chat and phone calls between PACHECO LEITON and BLANCO BLANCO continued until the rescue of the Minor Victim and their arrest.

## CONCLUSION

26. Based upon the forgoing, I submit there is probable cause to believe that that from on or about October 17, 2024, to on or about October 18, 2024, within Palm Beach County, in the Southern District of Florida, Yenire Karolina PACHECO LEITON and Enyerbert Alberto BLANCO BLANCO conspired to commit sex trafficking of a minor, in violation of 18 U.S.C. § 1594(c), and did knowingly commit sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a)(1), (b)(2), and (c).

Respectfully submitted,

STEVANY A SHAKARE
Digitally signed by STEVANY A SHAKARE
Date: 2025.05.19 11:12:36 -04'00'

Stevany Shakare
Special Agent
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (FaceTime) per Fed. R. Crim. P. 4(d) and 4.1. on May __19th__, 2025.

_William Matthewman_
THE HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: YENIRE KAROLINA PACHECO LEITON

**Case No**: 25-mj-8273-WM

Count #: 1

Conspiracy to commit sex trafficking of a minor

18 U.S.C. §§ 1594(c) and 1591(a)(1)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #: 2

Sex trafficking of a minor

18 U.S.C. § 1591(a)(1), (b)(2), (c)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   ENYERBERT ALBERTO BLANCO BLANCO

**Case No**:   25-mj-8273-WM

Count #: 1

Conspiracy to commit sex trafficking of a minor

18 U.S.C. §§ 1594(c) and 1591(a)(1)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #: 2

Sex trafficking of a minor

18 U.S.C. § 1591(a)(1), (b)(2), (c)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.